1  AARON D. FORD
     Attorney General
2  WILLIAM P. SHOGREN, Bar No. 14619
     Deputy Attorney General
3  State of Nevada
   100 N. Carson Street
4  Carson City, NV 89701-4717
   Tel: (775) 684-1257
5  E-mail: wshogren@ag.nv.gov

6  *Attorneys for Interested Party*
   *Nevada Department of Corrections*
7

8              **UNITED STATES DISTRICT COURT**

9                   **DISTRICT OF NEVADA**

10 ERik CHAVARIA,                      Case No. 3:22-cv-00194-ART-CSD

11            Plaintiff,

12 v.                                  **ORDER APPROVING**
                                       **STIPULATION TO DISMISS**
13 MICHAEL MINEV, *et al.*,            **WITH PREJUDICE**

14            Defendants.

15

16     Interested Party, Nevada Department of Corrections, by and through counsel, Aaron
17 D. Ford, Nevada Attorney General, and William P. Shogren, Deputy Attorney General, of
18 the State of Nevada, Office of the Attorney General, on behalf of Defendants, Michael
19 Minev, Lisa Barnum, Russelle Donnelly, Kelly Thompson, and any possible John Doe
20 Defendants; and Plaintiff Erik Chavaria, *pro se*, under Rule 41(a)(1)(A)(ii), Federal Rules
21 of Civil Procedure, stipulate that the above-captioned action shall be dismissed with
22 prejudice, with each party bearing their own attorney's fees and costs.
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

                                       1

The Parties have resolved this matter in its entirety and agree that the Court may accordingly close the case, with prejudice. Any outstanding deadlines are considered moot.

DATED this 29th day of November, 2022.   DATED this 29 day of November, 2022.

AARON D. FORD
Attorney General

By: /s/ *William P. Shogren*
William P. Shogren, (Bar No. 14619)
*Attorneys for Interested Party*
*Nevada Department of Corrections*

ERIK CHAVARIA #1119541
Plaintiff, *Pro Se*

## ORDER

**IT IS SO ORDERED.** This matter is DISMISSED WITH PREJUDICE and the Clerk is directed to close the case.

DATED  December 30, 2022.

_____
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the State of Nevada, Office of the Attorney General, and that on December 29, 2022, I electronically filed the foregoing, **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**, via this Court's electronic filing system. Parties that are registered with this Court's electronic filing system will be served electronically. For those parties not registered, service was made by depositing a copy for mailing in the United States Mail, first-class postage prepaid, at Carson City, Nevada, addressed to the following:

Erik Chavaria #1119541
Care of LCC Law Librarian
Lovelock Correctional Center
1200 Prison Road
Lovelock, Nevada 89419
lcclawlibrary@doc.nv.gov

/s/ Cayson Hall
An employee of the
Office of the Attorney General

3